Motion GRANTED in the absence of opposition.
Gerard L. Goettel, USDJ
11/10/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FEDERAL INSURANCE COMPANY
OF NEW JERSEY, AS SUBROGEE
OF CHARLES RIVER LABS/SPAFAS

NO.: 3:02CV306 (GLG)

v.

ASSOCIATED SECURITY
CORPORATION, ET AL

OCTOBER 3, 2003

## MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a), the defendant, McQuay International d/b/a McQuay Service Air Conditioning, hereby moves the court to compel the plaintiff, Federal Insurance Company of New Jersey, to file proper answers to interrogatories numbered 14-20 filed by this defendant on November 1, 2002. The plaintiff's responses as they stand now are evasive and incomplete. See Plaintiff's Responses to Defendant McQuay's interrogatories, attached as **Exhibit A**.

Interrogatories 14, 15, 16 and 18 are all contention interrogatories seeking the factual basis for the plaintiff's claims. In Interrogatory 17, the plaintiff was asked to identify each contractual obligation that McQuay allegedly failed to perform and indicate whether the alleged contractual obligation was in writing. In interrogatory 19 and 20, the plaintiff was asked to provide descriptions of each alleged negligent act

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED