UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | |
| OF NEW JERSEY, AS SUBROGEE | : | |
| OF CHARLES RIVER LABS/SPAFAS | : | NO.: 3:02CV306 (GLG) |
| | : | |
| v. | : | |
| | : | |
| ASSOCIATED SECURITY | : | |
| CORPORATION, AND MCQUAY | : | |
| INTERNATIONAL D/B/A MCQUAY | : | |
| SERVICE AIR CONDITIONING | : | DECEMBER 1, 2003 |

### DEFENDANT MCQUAY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the defendant, McQuay International d/b/a McQuay Service Air Conditioning, hereby moves this Court to enter summary judgment in its favor as to the plaintiff's complaint filed February 19, 2002 in its entirety.

As is more particularly set forth in the accompanying memorandum of law, exhibits and Local Rule 56(a)(1) statement, there is no genuine dispute of material fact and this defendant is entitled to summary judgment for the following reasons:

i.  The plaintiff cannot establish liability absent expert testimony and the plaintiff has offered no such testimony;

ORAL ARGUMENT IS REQUESTED
TESTIMONY IS NOT REQUIRED

    ii.      The plaintiff cannot establish either negligence or breach of contract given the undisputed evidence;

    iii.     McQuay Is Not Liable For Any Incidental, Consequential, Indirect Or Special Damages, Loss Of Use, Loss Of Profits Or Loss Of Revenue;

    iv.     The Plaintiff's Damages, If Any, Are Limited To The Payment Received By McQuayService For The Work Performed

WHEREFORE, the defendant, McQuay International d/b/a McQuay Service Air Conditioning, hereby requests that the Court grant summary judgment in its favor as to the plaintiff's complaint in its entirety.

                                DEFENDANT,
                                MCQUAY INTERNATIONAL D/B/A
                                MCQUAY SERVICE AIR CONDITIONING

                                By /s/ Alexandria L. Voccio
                                   Alexandria L. Voccio
                                   ct21792
                                   Howd & Ludorf
                                   65 Wethersfield Avenue
                                   Hartford, CT  06114
                                   (860) 249-1361
                                   (860) 249-7665 (Fax)
                                   E-mail:  avoccio@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of December, 2003.

David Rubin, Esquire
750 Summer Street
Stamford, CT  06901

William N. Clark, Jr., Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA  19103

Ronald D. Williams, Jr.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT  06611-0753

By /s/ Alexandria L. Voccio
Alexandria L. Voccio