UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY OF NEW JERSEY, AS SUBROGEE OF CHARLES RIVER LABS/SPAFAS | : : : : | NO.: 3:02CV306 (GLG) |
| v. | : : | |
| ASSOCIATED SECURITY CORPORATION, ET AL | : : | December 1, 2003 |

## NOTICE OF MANUAL FILING

Please take notice that defendant, McQuay International d/b/a McQuay Service Air Conditioning, has manually filed the following exhibits to it's Motion for Summary Judgment dated December 1, 2003:

1. **Exhibit A** – Deposition Transcript of John Sabrowski

2. **Exhibit B** – Plaintiff's Interrogatory Responses

3. **Exhibit C** – Assured Maintenance Agreement

4. **Exhibit D** – Deposition Transcript of Robert Sirpenski

5. **Exhibit E** – McQuay Service Record dated November 29, 2000

6. **Exhibit F** – Deposition Transcript of Russel Larson

7. **Exhibit G** – <u>Blumenkopf v. East</u>, 2002 Ct. Sup. 8203-cv (June 28, 2002) (Purtill, J.)

8. **Exhibit H** – <u>Garguillo Constr. v. Consulting Eng.</u>, 2002 Ct. Sup. 13583 (Oct. 25, 2002) (Zoarski, J.)

9.      **Exhibit I** – Rauscher v. General Motors Corp. 905 S.W.2d 158, 162 (Mo. App. E.D. 1995)

10.     **Exhibit J** – Forster v. Advances Electronic, 2002 Ct. Sup. 12980 (Oct. 9, 2002) (Aurigemma, J.); Hartford Ins. Co. v. A.D.T. Sec. Sys., 1999 Ct. Sup. 5285, *5287 (Apr. 22, 1999) (Nadeau, J.); U.S. Fidelity & Guaranty, supra; Hunter's Consignments v. Sonitrol of W. Conn., 1994 Ct. Sup. 11221-C (Nov. 16, 1994) (Mihalakos, J.); Convenient Petroleum Corp. v. Sonitrol Communications Corp., 1992 Ct. Sup. 5857 (June 12, 1992) (Wagner, J.); Hanover Ins. Co. v. American District Telegraph Co., 1991 Ct. Sup. 10650 (Dec. 4, 1991) (Stengel, J.)

These documents have not been filed electronically because

[ ]     the document or thing cannot be converted to an electronic format

[ X ]   the electric file size of the document exceeds 1.5 megabytes

[ ]     the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The exhibits have been manually served on all parties.

DEFENDANT,
MCQUAY INTERNATIONAL D/B/A
MCQUAY SERVICE AIR CONDITIONING


By_____
  Alexandria L. Voccio
  ct21792
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-mail:  avoccio@hl-law.com

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of December, 2003.

David Rubin, Esquire
750 Summer Street
Stamford, CT 06901

William N. Clark, Jr., Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Ronald D. Williams, Jr.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

                                                                _____
                                                                Alexandria L. Voccio