UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY :<br>OF NEW JERSEY, AS SUBROGEE :<br>OF CHARLES RIVER LABS/SPAFAS :<br>:<br>v. :<br>:<br>ASSOCIATED SECURITY :<br>CORPORATION AND MCQUAY :<br>INTERNATIONAL D/B/A MCQUAY :<br>SERVICE AIR CONDITIONING : | NO.: 3:02CV306 (GLG) |

## STIPULATION FOR DISMISSAL AS TO MCQUAY

The parties below hereby stipulate that this matter may be dismissed as to McQuay International d/b/a McQuay Service Air Conditioning, with prejudice, and without costs to any party.

PLAINTIFF,                                              DEFENDANT,


By /s/ William N. Clark, Jr.                           By /s/ Alexandria L. Voccio
    William N. Clark, Jr.                              Alexandria L. Voccio
    ct                                                               ct21792
    Cozen & O'Connor                                    Howd & Ludorf
    1900 Market Street                                   65 Wethersfield Avenue
    Philadelphia, PA  19103                           Hartford, CT  06114
    (215) 665-4101                                          (860) 249-1361
    (215) 665-2013 (Fax)                                (860) 249-7665 (Fax)
    E-mail: wclark@cozen.com                      E-mail: avoccio@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 22nd day of January, 2004.

David Rubin, Esquire
750 Summer Street
Stamford, CT  06901

William N. Clark, Jr., Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA  19103

Ronald D. Williams, Jr.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT  06611-0753

                                        /s/ Alexandria L. Voccio
                                        Alexandria L. Voccio