

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Jan 23   12:30 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

FEDERAL INSURANCE COMPANY
OF NEW JERSEY, AS SUBROGEE
OF CHARLES RIVER LABS/SPAFAS      :      NO.: 3:02CV306 (GLG)

v.

ASSOCIATED SECURITY
CORPORATION AND MCQUAY
INTERNATIONAL D/B/A MCQUAY
SERVICE AIR CONDITIONING

### STIPULATION FOR DISMISSAL AS TO MCQUAY

The parties below hereby stipulate that this matter may be dismissed as to McQuay International d/b/a McQuay Service Air Conditioning, with prejudice, and without costs to any party.

PLAINTIFF,

By _____
William N. Clark, Jr.
ct 23426
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4101
(215) 665-2013 (Fax)
E-mail: wclark@cozen.com

DEFENDANT,

By _____
Alexandria L. Voccio
ct21792
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-mail: avoccio@hl-law.com