UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
MAY 27  2 53 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

```
------------------------------------X
FEDERAL INS., CO.,                  :
                                    :
            Plaintiff,              :
                                    :   3: 02 CV 306 (GLG)
      -against-                     :
                                    :
ASSOCIATED SECURITY CORP., et al.,  :
                                    :
            Defendants.             :
------------------------------------X
```

### ORDER

Notice having been sent to all counsel of record on **April 8, 2004**, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before **May 10, 2004**.

No closing papers having been received and no requests for continuance having been received, it is hereby,

**IT IS ORDERED** that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at **Waterbury, Connecticut**, this **26th** day of **May 2004**.

GERARD L. GOETTEL
Senior United States District Judge